# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER __07CR3414__
                         )                __07MJ2815__
vs                       )   ABSTRACT OF ORDER
                         )
                         )   Booking No. _____
                         )
Blanca Patricia Reyna    )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __1/3/08__ the Court entered the following order:

__✗__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __80,000 P/S__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
       _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

                                            __Ruben B. Brooks__
                                            UNITED STATES MAGISTRATE JUDGE

Received _____                         OR
         DUSM                               W. SAMUEL HAMRICK, JR.   Clerk
                                            by
                                                         Deputy Clerk

Crim-9  (Rev 6-95)                                       ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY