PS 8
(8/88)

# United States District Court
## for
### SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 JAN 23 AM 9:48

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

PBV

DEPUTY

U. S. A. vs. REYNA, BLANCA PATRICIA  
Register #: 06669-298

Docket No. 07CR3414W-001

### Petition for Modification on Conditions of Pretrial Release

Comes now Tisha Garcia Pretrial Services Officer presenting an official report regarding the supervision and conditions of release regarding defendant REYNA, BLANCA who was placed under pretrial release supervision by the Honorable Ruben B. Brooks sitting in the court at San Diego, on the 11th day of December, 2007, under the following conditions:

restrict travel to State of California; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; seek and maintain full-time employment, education, or a combination of both; participate in a Global Positioning System (GPS) satellite monitoring program with passive monitoring as directed by the PSO; Defendant and sureties are responsible for GPS equipment loss or damage; remain at specified residence (curfew) between the hours of 10:00P.M. and 5:00A.M. daily.

RESPECTFULLY PRESENTING PETITION FOR MODIFICATION FOR CAUSE AS FOLLOWS:

1. The defendant reported a history of substance abuse (marijuana) up until her arrest on December 4, 2007.

**PRAYING THAT THE COURT WILL ORDER THE DEFENDANT'S CONDITIONS OF RELEASE MODIFIED AND ORDER HER TO SUBMIT TO RANDOM DRUG TESTING AS DIRECTED BY PRETRIAL SERVICES.**

ORDER OF COURT

Considered and ordered this __18th__ day of __JAN__, 2008, and ordered filed and made a part of the records in the above case.

_____
Honorable Thomas J. Whelan
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/16/08

Respectfully,
_Tisha Garcia_
Tisha Garcia, U.S. Pretrial Services Officer
(619) 557-2990

Place   San Diego, California

Date    January 16, 2008