UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) | Case No. 07CR3414-W |
| v. | ) ) | |
| | ) | CERTIFICATE OF SERVICE |
| BLANCA PATRICIA REYNA, | ) ) | |
| Defendant. | ) ) ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Motions and Motions has been electronically served this day upon:

> Andrew Schopler
> Assistant U.S. Attorney
> 880 Front Street
> San Diego, CA  92101

and a copy mailed to:

> Blanca Patricia Reyna
> Defendant

Dated:  February 1, 2008              /s/ Jason I. Ser
                                                             JASON I. SER
                                                             Federal Defenders
                                                              225 Broadway, Suite 900
                                                              San Diego, CA 92101-5030
                                                              (619) 234-8467  (tel)
                                                              (619) 687-2666  (fax)
                                                              jason_ser@fd.org