**JASON I. SER**
California Bar No. 201816
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: jason_ser@fd.org

Attorneys for Ms. Reyna

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07cr3414-W |
| Plaintiff, ) | |
| v. ) | **MOTION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| BLANCA REYNA, ) | |
| Defendant. ) | |

Blanca Reyna by and through her attorneys, Jason I. Ser and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to temporarily modify conditions of pretrial release. Ms. Reyna is graduating from El Monte-Rosemead Adult School tomorrow, June 17, 2008, in the evening, having recently earned her high school diploma. She requests that the Court temporarily modify her conditions of release and allow her to remove the GPS anklet device, so that it will not be visible when she walks and accepts her diploma. She requests that the Court allow her pretrial service officer in Los Angeles, California, Sandra Rueda, to remove the anklet device on the morning of June 17, 2008, and replace it on the morning of June 18, 2008.

//

//

1 | Undersigned counsel spoke with Pretrial Service Officer Rueda in the Central District of California on June 16, 2008. Ms. Rueda confirmed that she is amenable to the requested temporary modification and agrees it is appropriate. Additionally, Officer Rueda wished the Court to know that she plans to attend Ms. Reyna's graduation on June 17, 2008. Thus, an officer of the Court will be present at the graduation with Ms. Reyna.

Undersigned counsel also contacted counsel for the government, Andrew Schopler. He simply will defer to pretrial service's position.

A proposed order will be provided to the Court.

Respectfully submitted,

Dated: June 16, 2008

*/s/ Jason I. Ser*
**JASON I. SER**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Reyna
jason_ser@fd.org