UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>BLANCA REYNA,<br><br>    Defendant. | )<br>)<br>) Case No. 07CR3414-W<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |

   Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Motion to Temporarily Modify Conditions of Pretrial Release has been electronically served this day upon:

  Andrew Schopler
  Assistant U.S. Attorney
  880 Front Street
  San Diego, CA  92101


Dated: June 16, 2008           /s/ Jason I. Ser
                  JASON I. SER
                  Federal Defenders
                  225 Broadway, Suite 900
                  San Diego, CA 92101-5030
                  (619) 234-8467  (tel)
                  (619) 687-2666  (fax)
                  jason_ser@fd.org