UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>BLANCA REYNA,<br><br>  Defendant. | Criminal No. 07cr3414-W<br><br>**ORDER TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE** |

**GOOD CAUSE SHOWING**, the Court hereby orders temporary modification of conditions of pretrial release and grants permission for Ms. Reyna's pretrial services officer in Los Angeles, California to remove the GPS anklet device on the morning of June 17, 2008. Pretrial services is to replace the GPS anklet device on the morning of June 18, 2008.

DATE 6/16/08

HONORABLE THOMAS J. WHELAN
United States District Court Judge